# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY PITTS, on Behalf of Himself and Others Similarly Situated, | ] ] ] | **CASE NO. 4:14-cv-280** |
| *Plaintiffs*, | ] ] | |
| v. | ] ] | COLLECTIVE ACTION |
| SYNAGRO DRILLING SOLUTIONS, LLC, | ] ] | |
| *Defendant*. | ] ] | |

## PLAINTIFF'S NOTICE OF FILING CONSENT

Plaintiff hereby submits the attached notice(s) of consent:

1. Scott Ort.

        Respectfully submitted,

        **BRUCKNER BURCH PLLC**

          **/s/ Rex Burch**
By: _____
        Richard J. (Rex) Burch
        *Attorney-in-Charge for Plaintiff*
        State Bar No. 24001807
        S.D. of Texas No. 21615
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
rburch@brucknerburch.com

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

        **/s/ Rex Burch**

        _____

        Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On February 25, 2014, I served this document via the Court's ECF system.

        **/s/ Rex Burch**

        _____

        Richard J. (Rex) Burch

| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: ] | COLLECTIVE ACTION |
| ] | |
| **SYNAGRO TECHNOLOGIES, INC.,** ] | |
| **SYNAGRO DRILLING SOLUTIONS, LLC,** ] | **NOTICE OF CONSENT** |
| **DRILLING SOLUTIONS, LLC** ] | |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

*DocuSigned by:*
*Scott A. Ort*
446952230B20476...
Signature

scott allen Ort
Full Legal Name (print)

2/25/2014
Date

**EXHIBIT 1**